IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| CLINTON V. JACKSON, | |
| Petitioner, | CIVIL ACTION NO.: 6:16-cv-25 |
| v. | |
| DOUG WILLIAMS, | |
| Respondents. | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 3), to which Objections have been filed. The Court **OVERRULES** Plaintiff's Objections, (doc. 5), and **ADOPTS** the Report and Recommendation of the Magistrate Judge as the opinion of the Court.

Petitioner's action brought pursuant to 28 U.S.C. § 2254 is **DISMISSED**. The Court hereby **DENIES** Petitioner a certificate of appealability and **DENIES** Petitioner leave to proceed *in forma pauperis* on appeal. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 25th day of October, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA